Ruffin, Chief Justice.
 

 The case of
 
 Bull’s Adm’r
 
 v.
 
 Brooks,
 
 5 Murph. Rep. 133, fixed the construction of the act of 1806,
 
 (Rev. ch.
 
 701,) so as to embrace cases of parol gifts to children, made subsequent to that act, as well as those made before. This was probably against the real intention at the time of passing the act; but it is too late now to revive the question.
 

 Upon the case agreed by the parties, the defendant is
 
 *64
 
 entitled to the slaves, as an advancement to his wife; and the judgment must be affirmed.
 

 Pjjjj Cübxam. Judgment affirmed.